MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
294 Page Street
San Francisco, CA 94102
Tel: (415) 431-2970
Fax: (415) 431-0410
E-mail: packardal@mindspring.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONIERLIFETILE LLC, a limited liability corporation,<br><br>Defendant. | Case No.  2:05-CV-01307-GEB-GGH<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(ii)]** |

WHEREAS, on February 24, 2005 Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant MonierLifetile LLC ("MonierLifetile") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

WHEREAS, on June 28, 2005 CSPA filed its Complaint against MonierLifetile in this Court, *California Sportfishing Protection Alliance v. MonierLifetile LLC,* Case No. 2:05-CV-01307-GEB-GGH.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, CSPA and MonierLifetile, through their authorized representatives and
2  without either adjudication of CSPA's claims or admission by MonierLifetile of any alleged
3  violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations
4  of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of
5  further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims
6  ("Settlement Agreement") entered into by and between CSPA and MonierLifetile is attached
7  hereto as Exhibit A and incorporated by reference.

8    WHEREAS, the parties submitted the Settlement Agreement via certified mail, return
9  receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45 day review
10 period set forth at 40 C.F.R. § 135.5 has completed.

11   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
12 parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice.
13 The parties respectfully request an order from this Court dismissing such claims with prejudice.
14 In accordance with paragraphs 2, 19, and 20 of the Settlement Agreement, the parties also request
15 that this Court maintain jurisdiction over the parties through June 30, 2006 for the sole purpose of
16 resolving any disputes between the parties with respect to enforcement of any provision of the
17 Settlement Agreement.

Dated:  _____, 2006        LAW OFFICE OF MICHAEL R. LOZEAU

By: _____

Michael R. Lozeau
Attorney for Plaintiff

Dated:  _____, 2006        DOWNEY BRAND LLP

By: _____

Nicole E. Granquist
Attorney for Defendant

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant MonierLifetile LLC, as set forth in the Notice and Complaint filed in Case No. 2:05-CV-01307-GEB-GGH, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through June 30, 2006 for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED

DATED:  March 16, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge